# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct. | 866.218.1003 (p)
Dayton, Ohio 45424 | 866.307.1003 (f)



## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Summary of Accounts With Balances

| Account Types | Number of Accounts | Total Monthly Payments | Total of Balances Remaining | Number of Past Due Accounts | Percentage of Accounts Past Due | & Total of Amounts Past Due |
|---|---|---|---|---|---|---|
| Installment | 5 | $487.00 | $44,388.00 | 0 | 0.00% | $0.00 |
| Revolving | 19 | $1,167.00 | $44,877.00 | 0 | 0.00% | $0.00 |
| Collection | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| Unknown | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| **Totals** | **24** | **$1,654.00** | **$89,265.00** | **0** | **0.00%** | **$0.00** |

## Graphical Overview of Key Account Data



**Monthly Payment by Type**

$1,167.00 Revolving

$487.00 Installment

**Outstanding Balance by Type**

$44,877.00 Revolving

$44,388.00 Installment

## myHorizon™ Credit Score Analysis

| POWERED BY creditxpert | EXISTING CREDIT SCORE | ESTIMATED 12 MONTH POST - BANKRUPTCY CREDIT SCORE* | NET EFFECT |
|---|---|---|---|
| | 637 | 636 | -1 |

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert inc. and its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

## Notes & Alerts

| File Alert - No Discrepancies | No Alerts or Notes exist for this file. |
|---|---|

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION



**CIN** LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

| 4540 Honeywell Ct. | 866.218.1003 (p) |
| Dayton, Ohio 45424 | 866.307.1003 (f) |

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Mortgage Liabilities with Balances — 0 Total Mortgage Account(s) with a balance

| Account Name,  Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| End of Mortgages With Balances | | | | | | |

## Non-Mortgage Liabilities with Balances — 24 Account(s) with balances

| Account Name,  Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Nelnet Loans Undesignated / Co-Applicant XXXXXX9274 Account is: Open, STUDENT LOAN PAYMENT DEFERRED | $18,003 | $17,267 | 4/2006 6/21/2010 | $68 Installment 2/17/2009 $0 | Nelnet Attn: Claims, PO Box 17460 Denver, CO 80217 888-486-4722 Verified: 2-2010 | 6420 Southpoint Pkwy Jacksonville, FL 32216 630-696-6399 |
| Nelnet Loans Undesignated / Co-Applicant XXXXXX9374 Account is: Open, STUDENT LOAN PAYMENT DEFERRED | $17,635 | $16,156 | 4/2006 6/21/2010 | $67 Installment 2/17/2009 $0 | Nelnet Attn: Claims, PO Box 17460 Denver, CO 80217 888-486-4722 Verified: 2-2010 | 6420 Southpoint Pkwy Jacksonville, FL 32216 630-696-6399 |
| Citi Undesignated / Applicant XXXXXX6335 Account is: Closed, Account Closed By Consumer | $15,633 | $16,800 | 5/2002 6/25/2010 | $309 Revolving 6/21/2010 $0 | Citibank Sd, Na Attn: Centralized Bankruptcy, PO Box 20507 Kansas City, MO 64195 Verified: 6-2010 | Po Box 6241 Sioux Falls, SD 57117 800-950-5118 |
| Us Bank/na Nd Undesignated / Co-Applicant XXXXXX2822 Account is: Open, Current Account | $6,577 | $6,577 | 12/2007 5/28/2010 | $152 Revolving 5/14/2010 $0 | Us Bank/na Nd 101 5th St E Ste A St Paul, MN 55101 866-234-4750 Verified: 3-2010 | 4325 17th Ave S Fargo, ND 58125 866-234-4750 |
| Hsbc/suzki Joint Contractual Liability / Co-Applicant XXXXXX9382 Account is: Open, Current Account | $6,343 | $8,600 | 4/2005 6/5/2010 | $123 Revolving 5/26/2010 $0 | | Po Box 703 Wood Dale, IL 60191 800-811-3095 |
| Us Bank/na Nd Individual / Applicant XXXXXX4945 Account is: Open, Current Account | $4,988 | $5,091 | 3/2009 5/28/2010 | $149 Revolving 5/26/2010 $0 | Us Bank/na Nd 101 5th St E Ste A St Paul, MN 55101 866-234-4750 Verified: 3-2010 | 4325 17th Ave S Fargo, ND 58125 866-234-4750 |
| Lendmark Financial Ser Individual / Applicant XXXXXX5300 Account is: Open, Current Account | $4,534 | $4,685 | 3/2010 6/12/2010 | $129 Installment 5/3/2010 $0 | | 2118 Usher St Nw Covington, GA 30014 606-564-8222 |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.     866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)



**CIN** LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Non-Mortgage Liabilities with Balances — 24 Account(s) with balances

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Kit Fed Cu<br>Undesignated / Applicant<br>XXXXXX9010<br>Account is: Open, Current Account | $4,077 | $5,844 | 5/2009<br>5/31/2010 | $187<br>Installment<br>5/27/2010<br>$0 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Gemb/ge Money Bank Low<br>Individual / Applicant<br>XXXXXX8086<br>Account is: Open, Current Account | $2,938 | $3,001 | 4/2007<br>6/15/2010 | $88<br>Revolving<br>6/3/2010<br>$0 | Lowes / MBGA<br>Attention:  Bankruptcy<br>Department, PO Box<br>103104<br>Roswell, GA 30076<br>800-727-3690<br>Verified: 2-2010 | Po Box 981400<br>El Paso, TX 79998<br>800-444-1408 |
| Us Bank Hogan Loc<br>Joint Contractual Liability / Applicant<br>XXXXXX5925<br>Account is: Open, Current Account | $2,014 | $2,014 | 7/2009<br>5/28/2010 | $55<br>Revolving<br>5/14/2010<br>$0 | | Po Box 5227<br>Cincinnati, OH 45201<br>877-457-3544 |
| Us Bank Hogan Loc<br>Joint Contractual Liability / Applicant<br>XXXXXX3753<br>Account is: Open, Current Account | $2,001 | $2,001 | 7/2009<br>5/28/2010 | $58<br>Revolving<br>5/14/2010<br>$0 | | Po Box 5227<br>Cincinnati, OH 45201<br>877-457-3544 |
| Wfnnb/fashion Bug<br>Undesignated / Co-Applicant<br>XXXXXX3008<br>Account is: Open, Current Account | $1,083 | $1,119 | 10/1996<br>6/25/2010 | $54<br>Revolving<br>6/18/2010<br>$0 | Fashion Bug/soanb<br>Attn: Bankruptcy, PO<br>Box 182124<br>Columbus, OH 43218<br>800-695-4902<br>Verified: 2-2010 | Po Box 182789<br>Columbus, OH 43213<br>614-729-4705 |
| Us Bank Hogan Loc<br>Joint Contractual Liability / Applicant<br>XXXXXX8435<br>Account is: Open, Current Account | $503 | $503 | 10/2009<br>5/28/2010 | $25<br>Revolving<br>5/14/2010<br>$0 | | Po Box 5227<br>Cincinnati, OH 45201<br>877-457-3544 |
| Credit First N A<br>Individual / Applicant<br>XXXXXX8731<br>Account is: Open, Current Account | $447 | $1,200 | 12/2009<br>6/23/2010 | $18<br>Revolving<br>6/10/2010<br>$0 | Credit First<br>PO Box 818011<br>Cleveland, OH 44181<br>800-209-9161<br>Verified: 2-2010 | Pob 81315<br>Cleveland, OH 44181<br>216-362-5000 |
| Gembppbycr<br>Undesignated / Co-Applicant<br>XXXXXX2780<br>Account is: Open, Current Account | $416 | $435 | 9/2009<br>6/22/2010 | $18<br>Revolving<br>6/3/2010<br>$0 | Gembppbycr<br>Attention: Bankruptcy,<br>PO Box 103104<br>Roswell, GA 30076<br>866-571-3012<br>Verified: 3-2010 | Po Box 981064<br>El Paso, TX 79998<br>866-571-3012 |
| Gemb/walmart<br>Undesignated / Co-Applicant<br>XXXXXX3236<br>Account is: Open, Current Account | $343 | $381 | 11/2008<br>6/14/2010 | $15<br>Revolving<br>6/3/2010<br>$0 | | Po Box 981400<br>El Paso, TX 79998<br>800-957-0832 |
| Gemb/qvc<br>Undesignated / Co-Applicant<br>XXXXXX2352<br>Account is: Open, Current Account | $333 | $400 | 10/2008<br>6/25/2010 | $17<br>Revolving<br>6/17/2010<br>$0 | Gemb/qvc<br>Attention: Bankruptcy,<br>PO Box 103101<br>Roswell, GA 30076<br>800-480-2140<br>Verified: 3-2010 | Po Box 981127<br>El Paso, TX 79998<br>800-367-9444 |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct. | 866.218.1003 (p)
Dayton, Ohio 45424 | 866.307.1003 (f)



**CIN** LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

| Client & Report Information | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

| Non-Mortgage Liabilities with Balances | | | | | | 24 Account(s) with balances |
|---|---|---|---|---|---|---|
| **Account Name, Owner/Type, Account Number & Status** | **Current Balance** | **High Credit** | **Date Opened & Last Reported** | **Payment Info, Account Type, Last Activity & Past Due $** | **Corporate Bankruptcy Department - Where Available (2)** | **Reported Contact Information** |
| Gemb/jcp<br>Undesignated / Co-Applicant<br>XXXXXX3757<br>Account is: Open, Current Account | $330 | $350 | 7/2009<br>6/15/2010 | $16<br>Revolving<br>6/3/2010<br>$0 | Gemb/jcp<br>Attention:  Bankruptcy,<br>PO Box 103104<br>Roswell, GA 30076<br>800-480-2140<br>Verified: 2-2010 | Po Box 981402<br>El Paso, TX 79998<br>800-542-0800 |
| Gemb/walmart<br>Individual / Applicant<br>XXXXXX3361<br>Account is: Open, Current Account | $295 | $329 | 6/2009<br>6/28/2010 | $15<br>Revolving<br>6/17/2010<br>$0 | | Po Box 981400<br>El Paso, TX 79998<br>800-957-0832 |
| Hsbc Bank<br>Individual / Applicant<br>XXXXXX5413<br>Account is: Open, Current Account | $284 | $300 | 10/2009<br>5/31/2010 | $10<br>Revolving<br>5/26/2010<br>$0 | HSBC<br>ATTN: BANKRUPTCY,<br>PO BOX 5213<br>Carol Stream, IL 60197<br>800-388-5333<br>Verified: 3-2010 | Po Box 5253<br>Carol Stream, IL 60197<br>800-477-6000 |
| Gemb/old Navy<br>Undesignated / Co-Applicant<br>XXXXXX9442<br>Account is: Open, Current Account | $139 | $150 | 8/2009<br>6/2/2010 | $10<br>Revolving<br>5/18/2010<br>$0 | GEMB / Old Navy<br>Attention:  Bankruptcy,<br>PO Box 103104<br>Roswell, GA 30076<br>800-480-2140<br>Verified: 2-2010 | Po Box 981400<br>El Paso, TX 79998<br>877-222-6868 |
| Incenta Fcu<br>Undesignated / Co-Applicant<br>XXXXXX1009<br>Account is: Open, Current Account | $139 | $400 | 10/2009<br>5/31/2010 | $36<br>Installment<br>5/28/2010<br>$0 | | 2300 Edwin C Moses<br>Dayton, OH 45408<br>800-678-4943 |
| Chld/cbsd<br>Undesignated / Co-Applicant<br>XXXXXX3225<br>Account is: Closed, Account Closed By Grantor | $135 | $184 | 8/2009<br>6/8/2010 | $10<br>Revolving<br>5/26/2010<br>$0 | Childrens Place<br>Attn.:  Centralized<br>Bankruptcy, PO Box<br>20507<br>Kansas City, MO 64195<br>866-523-0117<br>Verified: 3-2010 | Po Box 6497<br>Sioux Falls, SD 57117<br>800-810-3202 |
| Credit One Bank<br>Undesignated / Co-Applicant<br>XXXXXX4577<br>Account is: Open, Current Account | $75 | $350 | 6/2010<br>6/11/2010 | $25<br>Revolving<br>6/11/2010<br>$0 | | Po Box 98875<br>Las Vegas, NV 89193<br>702-269-1000 |
| End of Non-Mortgage Accounts With Balances | | | | | | |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ⬡ A CREDIT INFONET SOLUTION



| 4540 Honeywell Ct. | 866.218.1003 (p) |
| Dayton, Ohio 45424 | 866.307.1003 (f) |

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Liabilities without Balances

**31 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Us Dept Of Education<br>Undesignated / Co-Applicant<br>XXXXXX8721<br>Account is: Closed, Account Closed | $0 | $33,180 | 3/2006<br>4/30/2006 | $154<br>Installment<br>4/18/2006 | Us Dept Of Education<br>Attn: Borrowers Service<br>Dept, PO Box 5609<br>Greenville, TX 75403<br>800-848-0979<br>Verified: 2-2010 | Po Box 5609<br>Greenville, TX 75403<br>800-848-0979 |
| Us Bank<br>Joint Contractual Liability / Co-Applicant<br>XXXXXX0664<br>Account is: Closed, Account Closed | $0 | $9,664 | 1/2005<br>6/30/2008 | $251<br>Installment<br>5/23/2008 | | 425 Walnut St<br>Cincinnati, OH 45202<br>800-331-4738 |
| Us Bank<br>Joint Contractual Liability / Applicant<br>XXXXXX9832<br>Account is: Closed, Account Closed | $0 | $9,075 | 3/2002<br>7/31/2003 | $205<br>Installment<br>7/1/2003 | | 425 Walnut St<br>Cincinnati, OH 45202<br>800-331-4738 |
| Us Bank<br>Joint Contractual Liability / Co-Applicant<br>XXXXXX5300<br>Account is: Closed, Account Closed | $0 | $8,804 | 7/2003<br>2/28/2005 | $228<br>Installment<br>1/26/2005 | | 425 Walnut St<br>Cincinnati, OH 45202<br>800-331-4738 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7206<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $5,500 | 8/2004<br>3/10/2006 | $59<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Kit Fed Cu<br>Undesignated / Applicant<br>XXXXXX9005<br>Account is: Closed, Account Closed | $0 | $4,141 | 10/2006<br>9/30/2007 | $111<br>Installment<br>10/1/2007 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Kit Fed Cu<br>Joint Participating / Applicant<br>XXXXXX9007<br>Account is: Closed, Account Closed | $0 | $4,109 | 10/2007<br>6/30/2008 | $106<br>Installment<br>7/2/2008 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Kit Fed Cu<br>Undesignated / Applicant<br>XXXXXX9006<br>Account is: Closed, Account Closed | $0 | $4,039 | 1/2007<br>3/13/2009 | $106<br>Installment<br>3/13/2009 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Kit Fed Cu<br>Undesignated / Applicant<br>XXXXXX9009<br>Account is: Closed, Account Closed | $0 | $4,033 | 3/2009<br>3/31/2009 | $116<br>Installment<br>5/29/2009 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Kit Fed Cu<br>Individual / Applicant<br>XXXXXX9008<br>Account is: Closed, Account Closed | $0 | $3,935 | 7/2008<br>3/13/2009 | $103<br>Installment<br>3/13/2009 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7204<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $3,654 | 8/2000<br>3/10/2006 | $50<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

### PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION



**CIN** LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Liabilities without Balances — 31 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Kit Fed Cu<br>Individual / Applicant<br>XXXXXX9003<br>Account is: Closed, Account Closed | $0 | $3,347 | 9/2005<br>10/27/2006 | $91<br>Installment<br>10/27/2006 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7207<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $2,800 | 8/2004<br>3/10/2006 | $15<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7209<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $2,750 | 8/2005<br>3/10/2006 | $30<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7201<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $2,681 | 8/1999<br>3/10/2006 | $31<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Bank Of America<br>Undesignated / Applicant<br>XXXXXX6263<br>Account is: Closed, Account Closed By Consumer | $0 | $2,545 | 3/2003<br>8/12/2008 | $3<br>Revolving<br>7/21/2008 | Bank Of America<br>Attn: Bankruptcy NC4-105-03-14, PO Box 26012<br>Greensboro, NC 27410<br>888-702-1161<br>Verified: 4-2010 | Po Box 15026<br>Wilmington, DE 19850<br>800-421-2100 |
| Kit Fed Cu<br>Undesignated / Applicant<br>XXXXXX9004<br>Account is: Closed, Account Closed | $0 | $2,543 | 5/2006<br>2/13/2007 | $63<br>Installment<br>2/13/2007 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7210<br>Account is: Open, ACCOUNT IN DISPUTE | $0 | $2,500 | 8/2005<br>3/10/2006 | $28<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Kit Fed Cu<br>Individual / Applicant<br>XXXXXX9002<br>Account is: Open, Current Account | $0 | $2,436 | 4/2005<br>7/31/2005 | $83<br>Installment<br>6/1/2005 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7208<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $2,200 | 5/2005<br>3/10/2006 | $25<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Kit Fed Cu<br>Individual / Applicant<br>XXXXXX9001<br>Account is: Closed, Account Closed | $0 | $2,010 | 8/2004<br>4/20/2005 | $68<br>Installment<br>4/20/2005 | | 3415 Bardstown Rd<br>Louisville, KY 40218<br>502-458-7258 |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

### PROVIDED BY CIN LEGAL DATA SERVICES ⟨ ⟩ A CREDIT INFONET SOLUTION



4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Liabilities without Balances — 31 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7203<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $1,846 | 8/2000<br>3/10/2006 | $22<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Sears/cbsd<br>Individual / Applicant<br>XXXXXX2819<br>Account is: Open, Current Account | $0 | $1,511 | 12/2005<br>6/12/2010 | $14<br>Revolving<br>1/28/2010 | | Po Box 6189<br>Sioux Falls, SD 57117 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7205<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $1,250 | 6/2004<br>3/10/2006 | $13<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Friedmans<br>Individual / Applicant<br>XXXXXX3989<br>Account is: Closed, Account Closed | $0 | $834 | 8/2000<br>5/1/2001 | $69<br>Installment<br>4/1/2001 | Friedmans Jewelers<br>Attention:  Bankruptcy<br>Department, PO Box<br>702628<br>Dallas, TX 75370<br>800-545-9033<br>Verified: 4-2010 | 4 State St<br>Savannah, GA 31401<br>800-545-9033 |
| Student Loan People<br>Undesignated / Co-Applicant<br>XXXXXX7202<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $819 | 8/1999<br>3/10/2006 | $12<br>Installment<br>3/10/2006 | Ky Higher Ed Student<br>PO Box 24266<br>Louisville, KY 40224<br>800-685-4902<br>Verified: 3-2010 | Po Box 24266<br>Louisville, KY 40224<br>800-928-6461 |
| Wfnnb/lane Bryant<br>Undesignated / Co-Applicant<br>XXXXXX8949<br>Account is: Closed, Account Closed By Consumer | $0 | $1,200 | 2/2002<br>11/13/2003 | $0<br>Revolving<br>4/23/2003 | | Po Box 182789<br>Columbus, OH 43218 |
| Fashion Bug<br>Undesignated / Co-Applicant<br>XXXXXX3334<br>Account is: Closed, Account Closed | $0 | $583 | 10/1996<br>10/31/2007 | $0<br>Revolving<br>10/3/2007 | | Po Box 84073<br>Columbus, GA 31908<br>706-644-2194 |
| Dp & L Employees Plus<br>Undesignated / Co-Applicant<br>XXXXXX0600<br>Account is: Closed, Account Closed | $0 | $500 | 12/2005<br>2/1/2006 | $45<br>Installment<br>1/9/2006 | | 2300 Edwin C Moses<br>Dayton, OH 45408<br>800-678-4943 |
| Incenta Fcu<br>Undesignated / Co-Applicant<br>XXXXXX1008<br>Account is: Closed, Account Closed | $0 | $400 | 10/2008<br>9/30/2009 | $0<br>Installment<br>9/30/2009 | | 2300 Edwin C Moses<br>Dayton, OH 45408<br>800-678-4943 |
| Chase<br>Undesignated / Co-Applicant<br>XXXXXX7723<br>Account is: Closed, Account Closed By Consumer | $0 | $2,500 | 4/2004<br>5/26/2004 | $0<br>Revolving<br>5/1/2004 | | Po Box 15298<br>Wilmington, DE 19850<br>800-955-9900 |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

### PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.      866.218.1003 (p)
Dayton, Ohio 45424      866.307.1003 (f)



**CIN** LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## Public Records                                    0 Public Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Address Variations

| | |
|---|---|
| Reported: Different Address | 8022 DAVENPORT LN, MAYSVILLE, KY 410569251,Rptd:04/2010 |
| Reported: Different Address | 8018 DAVENPORT LN, MAYSVILLE, KY 410569251,Rptd:08/2009 |
| Reported: Different Address | 665 LIMESTONE TER, MAYSVILLE, KY 410569560,Rptd:09/2000 |
| Reported: Different Address | 8022 DAVENPORT LN, MAYSVILLE, KY 41056,Rptd:03/01/2004 |
| Reported: Different Address | 8018 DAVENPORT LN, MAYSVILLE, KY 41056,Rptd:04/01/2004 |
| Reported: Different Address | 665 LIMESTONE TE, MAYSVILLE, KY 41056,Rptd: |
| Reported: Different Address | 8018 DAVENPORT LN, MAYSVILLE, KY 410569251,Rptd:08/2009 |
| Reported: Different Address | 8022 DAVENPORT LN, MAYSVILLE, KY 410569251,Rptd:09/2004 |
| Reported: Different Address | 8018 DAVENPORT LN, MAYSVILLE, KY 41056,Rptd:09/05/2006 |
| Reported: Different Address | 8022 DAVENPORT LN, MAYSVILLE, KY 41056,Rptd:10/01/1996 |

## Employment  Variations

| | |
|---|---|
| Reported: Different Employment | STOBER MANUFACTURING,Rptd:01/23/2010 |
| Reported: Different Employment | STOBER DRIVER,Rptd:01/23/2010 |
| Reported: Different Employment | COMPREHEND,KENTON STATION RD, MAYSVILLE, KY 41056,Rptd:11/2005 |
| Reported: Different Employment | COMPREHEND INC,Rptd:07/01/2003 |

## Recent Inquiries Into Applicant's Credit

| Company Making Inquiry | Date of Inquiry | Applicant Inquired Upon | Result of Inquiry |
|---|---|---|---|
| KIT FED CR U | 2010-6-15 | Applicant | Unknown |

© CIN Legal Data Services 2005-2010

# CONSUMER LIABILITY REPORT

PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION



4540 Honeywell Ct.    866.218.1003 (p)
Dayton, Ohio 45424    866.307.1003 (f)

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | James B Henderson  XXX-XX-2009 |
| Secondary Client Name & SSN: | Amanda Henderson  XXX-XX-5872 |
| Primary Address: | 8018 Davenport Lane, Maysville, KY 41056 |
| Report Details: | Report 1693590 Completed on 7/1/2010 for A20619 - CLR 2 Source Joint |

## CIN Legal Data Services' myHorizon™ Credit Score

* CIN Legal Data Services myHorizon Credit Score, powered by CreditXpert, simulates changes to the credit file to calculate the potential score impact of a Chapter 7 bankruptcy filing. It simulates filing the Chapter 7 bankruptcy immediately, followed 3 months later by discharge of all debt other than student loans and mortgages. It also simulates opening a revolving credit card with a $500 credit limit 2 months after discharge, and then maintaining a balance of $300 on that card for 10 months. The final score is calculated 15 months from now (one year after the bankruptcy discharge). myHorizon assumes that monthly payments will be made on time for mortgages and student loans, and that zero-balance credit accounts will be closed by creditors at the time of discharge. Accounts last reported 4 or more months ago are not included in the bankruptcy filing unless they are derogatory accounts.

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an  "as is" basis, and CreditXpert inc. And its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

Copyright © 2000-2010 CreditXpert Inc. All rights reserved. CreditXpert® is a registered trademark of CreditXpert Inc. The CreditXpert logo is a trademark of CreditXpert Inc.

## Report Footnotes

1 -  Monthly Payment Amounts Include Minimum Monthly Payments on Accounts with Outstanding Balances That May Have Recently Been Frozen or Closed by the Original Credit Grantor.

2 - Credit Infonet's Bankruptcy Department  Name & Address Notations List Information Was Obtained via Telephone From The Current Creditor by Credit Infonet Staff. Information Verified by Credit Infonet Staff Was Provided by the Creditor As of The "Date Verified" Date Listed Within Each Trade Name and Address Listing. Please note, BAPCPA Language Regarding the Noticing of Creditors May Dictate the Use of a Different Addresst Inc.

© CIN Legal Data Services 2005-2010