# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: James B. Henderson<br>　　　　Amanda N Henderson<br>　　　　8018 Davenport Lane<br>　　　　Maysville, KY 41056<br>　　　　8018 Davenport Lane<br>　　　　Maysville, KY 41056<br>aka/dba: Amy Henderson<br><br>SSN/TID: xxx–xx–2009<br>　　　　　xxx–xx–5872<br><br><br>Debtor(s) | Case Number: 10–21907–tnw<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

　　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By the court –

Dated: <u>11/2/10</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/Tracey N. Wise</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracey N. Wise
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: fredag                 Page 1 of 1                  Date Rcvd: Nov 02, 2010
Case: 10-21907                 Form ID: B18                 Total Noticed: 23

The following entities were noticed by first class mail on Nov 04, 2010.
db/jdb        +James B. Henderson,   Amanda N Henderson,   8018 Davenport Lane,   Maysville, KY 41056-9251
4276801        GEMB/QVC,   ATTENTION: BANKRUPTCY,   PO BOX 103101,   ROSWELL, GA 30076
4382939       +HSBC BANK NEVADA NA - SUZUKI,   C/O BASS & ASSOC PC,   3936 E FT LOWELL STE 200,
                TUCSON AZ 85712-1083
4276806        INCENTA FCU,   2300 EDWIN C MOSES,   DAYTON, OH 45408
4276807       +KIT FED CU,   3415 BARDSTOWN RD,   LOUISVILLE, KY 40218-4605
4276808       +LARRY BREWER,   8022 DAVENPORT LANE,   MAYSVILLE, KY 41056-9251
4276809       +LENDMARK FINANCIAL SER,   2118 USHER ST NW,   COVINGTON, GA 30014-2434
4276811       +NELNET,   ATTN: CLAIMS,   PO BOX 17460,   DENVER, CO 80217-0460
4276813       +US BANK HOGAN LOC,   PO BOX 5227,   CINCINNATI, OH 45201-5227
4276814       +US BANK/NA ND,   101 5TH ST E STE A,   ST PAUL, MN 55101-1860

The following entities were noticed by electronic transmission on Nov 02, 2010.
cr            +EDI: BASSASSOC.COM Nov 02 2010 20:18:00      HSBC BANK NEVADA, N.A.,   BASS & ASSOCIATES, P.C.,
                3936 E. FT. LOWELL ROAD, SUITE 200,   TUCSON, AZ 85712-1083
4276795       +EDI: CITICORP.COM Nov 02 2010 20:18:00      CHILDRENS PLACE,   ATTN.: CENTRALIZED BANKRUPTCY,
                PO BOX 20507,   KANSAS CITY, MO 64195-0507
4276796       +EDI: CITICORP.COM Nov 02 2010 20:18:00      CITIBANK SD, NA,   ATTN: CENTRALIZED BANKRUPTCY,
                PO BOX 20507,   KANSAS CITY, MO 64195-0507
4276797       +EDI: CRFRSTNA.COM Nov 02 2010 20:18:00      CREDIT FIRST,   PO BOX 818011,
                CLEVELAND, OH 44181-8011
4276798       +EDI: RCSFNBMARIN.COM Nov 02 2010 20:18:00      CREDIT ONE BANK,   PO BOX 98875,
                LAS VEGAS, NV 89193-8875
4276799       +EDI: RMSC.COM Nov 02 2010 20:18:00      GEMB / OLD NAVY,   ATTENTION: BANKRUPTCY,   PO BOX 103104,
                ROSWELL, GA 30076-9104
4276800       +EDI: RMSC.COM Nov 02 2010 20:18:00      GEMB/JCP,   ATTENTION: BANKRUPTCY,   PO BOX 103104,
                ROSWELL, GA 30076-9104
4276802       +EDI: RMSC.COM Nov 02 2010 20:18:00      GEMB/WALMART,   PO BOX 981400,   EL PASO, TX 79998-1400
4276803       +EDI: RMSC.COM Nov 02 2010 20:18:00      GEMBPPBYCR,   ATTENTION: BANKRUPTCY,   PO BOX 103104,
                ROSWELL, GA 30076-9104
4276804       +EDI: HFC.COM Nov 02 2010 20:18:00      HSBC,   ATTN: BANKRUPTCY,   PO BOX 5213,
                CAROL STREAM, IL 60197-5213
4276805       +EDI: HFC.COM Nov 02 2010 20:18:00      HSBC/SUZKI,   PO BOX 703,   WOOD DALE, IL 60191-0703
4276810       +EDI: RMSC.COM Nov 02 2010 20:18:00      LOWES / MBGA,   ATTENTION: BANKRUPTCY DEPARTMENT,
                PO BOX 103104,   ROSWELL, GA 30076-9104
4276812        EDI: SEARS.COM Nov 02 2010 20:18:00      SEARS MASTERCARD,   P.O. BOX 183082,
                COLUMBUS, OH  43218-3082
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            KIT Federal Credit Union
4276815       WFNNB/FASHION BUG
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 04, 2010**                    **Signature:**  *Joseph Speetjens*